IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ALONZO BATTLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 107-165 |
| OFFICER DYE #109, Police Officer Night Shift, Thomson Police Department; MRS. HONDA, Jailer, Thomson Police Department; and MARCUS REYNOLDS, Jailer, Thomson Police Department, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, without prejudice, because Plaintiff has neither fulfilled the requirements for proceeding *in forma pauperis*, nor paid the filing fee, nor notified the Court of a change of address.

SO ORDERED this 16th day of May, 2008, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE